COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Elizabeth Copeland v. Barry Copeland

Appellate case number:    01-14-00680-CV

Trial court case number:  2012-39055

Trial court:              311th District Court of Harris County

On December 19, 2014, Beth Watkins and Malanie Bragg, counsel for appellant, filed (1) a Motion to Withdraw as Counsel for Appellant Elizabeth Copeland, and (2) an Unopposed Third Motion for Extension of Time to File Brief of Appellant. The motions are **GRANTED**.

The deadline for appellant to file a brief is extended to February 4, 2015. No further extensions will be granted.

In accordance with Texas Rule of Appellate Procedure 6.5(c), withdrawing counsel for appellant Elizabeth Copeland is **ORDERED** to immediately notify appellant, in writing, of the granting of this motion to withdraw, the extension of the deadline to file a brief, and any other deadlines or settings that have not previously been disclosed to appellant. A copy of that written notice is to be filed with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.


Judge's signature: __/s/ Rebeca Huddle
                    X  Acting individually


Date:  December 30, 2014